**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANTON VU, an individual,

Plaintiff,

v.

CITY OF GARDEN GROVE; RYAN RODRIGUEZ, an individual; and DOES 1 through 5, inclusive,

Defendants.

CASE NO. 8:25-cv-000624 FWS-KES

*Assigned for All Purposes to: Hon. Fred W. Slaughter – Courtroom 10D*

**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FED. R. CIV. PROC. 41(a)(1)) [49]**

///

///

///

**<u>ORDER</u>**

Pursuant to the Stipulation for Dismissal of Entire Action with Prejudice (<u>Fed. R. Civ. Proc.</u> 41(a)(1)) [49] ("Stipulation"), by and between Plaintiff ANTON VU ("Plaintiff") and Defendant RYAN RODRIGUEZ and Defendant CITY OF GARDEN GROVE (collectively "Defendants"), and good cause appearing, the court **APPROVES** the Stipulation and **ORDERS** the following:

Each, every, and all Causes of Action in Plaintiff's operative Complaint [1] asserted against Defendants are **DISMISSED IN THEIR ENTIRETY AND WITH PREJUDICE**. Further, Plaintiff and Defendants agree to waive attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: October 27, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE